# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. KENNETH BELL                    Docket No. 3:02CR00095(AHN)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Patrick D. Norton, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Kenneth Bell who was sentenced to 30 months imprisonment to be followed by 1 year supervised release for a violation of Use of a Telephone to Facilitate a Narcotics Transaction, in violation of 21 U.S.C. § 843(b), by the Honorable Alan H. Nevas, Senior United States District Judge, sitting in the court at Bridgeport, Connecticut on March 3, 2003, who fixed the period of supervision at 1 year which commenced on May 24, 2005, and imposed the general terms and conditions theretofore adopted by the Court and the following special conditions: 1) The defendant shall participate in substance abuse treatment program, either inpatient or outpatient, as directed by the U.S. Probation Office. The substance abuse treatment shall include random urinalysis testing. The defendant shall pay all, or a portion of, the costs of associated with such treatment, based on his ability to pay, as determined by probation; and 2) The defendant shall participate in an employment readiness or vocational training program and; 3) The defendant shall obtain and maintain full-time employment. Mr. Bell's supervised release commenced on May 24, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

**Charge No. 1 - Mandatory Condition: "You shall refrain from any unlawful use of a controlled substance."** The defendant has rendered ten positive urine samples for Phencyclidine (PCP) between the dates of December 2, 2005 and April 25, 2006. On May 10, 2006, Mr. Bell tested positive for cocaine and PCP. Finally, Mr. Bell verbally admitted to using PCP on May 20, 2006.

**Charge No. 2 - Mandatory Condition: "You shall not commit another federal, state, or local crime."**
On February 10, 2006, the defendant was arrested by the Seymour Police Department and charged with Driving Under the Influence (DUI). He was subsequently released on a $500 bond. The defendant's next court date is scheduled for June 19, 2006, at the Derby Superior Court.

**Charge No. 3 - Standard Condition: "You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer."** Mr. Bell failed to notify the Probation Office of the aforementioned arrest until February 22, 2006.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Kenneth Bell to appear before this court at Bridgeport, Connecticut on ___5/31___ 2006 at __12 noon__ to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this __23__ day of May, 2006 and ordered filed and made a part of the records in the above case.

The Honorable Alan H. Nevas
Senior United States District Judge

Sworn to By
Patrick D. Norton
United States Probation Officer

Place __Bridgeport CT__
Date __5/23/06__

Before me, the Honorable Alan H. Nevas, Senior United States District Judge, on this __23__ day of May, 2006 at Bridgeport, Connecticut, U.S. Probation Officer Patrick D. Norton appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Alan H. Nevas
Senior United States District Judge